IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:23-CR-00035-M-1
Civil No. 7:24-CV-00442-M

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Respondent, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| TERESA VALDEZ HERNANDEZ, ) | |
| ) | |
| Defendant/Petitioner. ) | |

These matters come before the court on the Defendant's pro se "Motion to Appoint Counsel for my 28 U.S.C. § 2255 Motion" [DE 271], Defendant's pro se "Bail Pending 28 U.S.C. § 2255 [Motion] [DE 272]," Defendant's pro se "Motion for Leave on Status of Motion Filed on August 28, 2024" [DE 306], and Defendant's pro se "Motion to Order Appointment of Counsel Pursuant to the Governing Rules of § 2255 [DE 309].

Regarding Defendant's requests for the appointment of counsel [DE 271, 309], movants seeking relief under 28 U.S.C. § 2255 have no constitutional right to representation by an attorney. *See United States v. Dean*, 933 F.2d 1002 (4th Cir. 1991) ("Initially, a movant under § 2255 is not automatically entitled to counsel.") (citing *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987)). Here, Defendant contends that her matter is complex and, thus, requires the appointment of counsel. However, the matter is fully briefed and Defendant does not argue that she requires representation to supplement the briefing. If the court determines to hold an evidentiary hearing, it will appoint counsel to represent the Petitioner in accordance with Rule 8(c) of the Rules

Governing Section 2255 Proceedings. Accordingly, Defendant's motions are DENIED WITHOUT PREJUDICE.

Defendant proffers insufficient grounds for her request for "bail" pending resolution of her § 2255 petition [DE 272] and, therefore, the motion is DENIED.

Finally, Defendant's request for a status on disposition of the pending § 2255 petition [DE 306] is GRANTED as follows. On August 21, 2025, this case was reassigned to the undersigned judicial officer, and the matter will be considered in due course.

SO ORDERED this  3d  day of September, 2025.

_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE