IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Criminal No. 7:23-CR-00035-M-1
Civil No. 7:24-CV-00442-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TERESA VALDEZ HERNANDEZ, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

This matter comes before the court on the Petitioner's Motion to Voluntarily Dismiss §
2255 Motion to Vacate Sentence [DE 338]. On February 12, 2026, this court issued an order
reserving a ruling on the portion of Petitioner's petition for relief under 28 U.S.C. § 2255, which
alleges a claim for ineffective assistance of counsel for counsel's alleged failure to file a notice of
appeal despite Petitioner's request to do so. DE 332. The court scheduled a hearing regarding this
issue and, otherwise, granted the United States' motion to dismiss the petition. *Id.* In the present
motion, Petitioner seeks to dismiss the unresolved portion of her petition. DE 338.

Finding Petitioner's request proper pursuant to Rule 41(a)(2) of the Federal Rules of Civil
Procedure, the motion is GRANTED. Petitioner's remaining claim is DISMISSED WITHOUT
PREJUDICE. The April 20, 2026 evidentiary hearing in this case is VACATED.

SO ORDERED this ____1st____ day of April, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE